**STATE OF MONTANA,**
    **Plaintiff,**                                     **No. DC-02-155**
vs.                                                    **Decision**
**SONJA R. KRAFT,**
    **Defendant.**

On October 23, 2003, the defendant was sentenced to Ten (10) years in the Montana Women's Prison to run consecutively with the sentence received in Cause #DC-97-0083, for the offense of Theft, a felony.

On September 24, 2004, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present, and was represented by Carl DeBelly. The state was not represented.

Rule 17 of the Rules of the Sentence Review Division of the Supreme Court of Montana provides that "the sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (§46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

Therefore, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 24th day of September, 2004.

DATED this 19th day of October, 2004.

Chairperson, Hon. Marc G. Buyske, Member, Hon. Gary L. Day and Member, Hon. John Whelan.